## GANDY v. CRABILL.

[No. 11,861. Filed June 12, 1924.]

From Kosciusko Circuit Court; *Lemuel W. Royse*, Judge.

Action between Elmer E. Gandy and Lemuel D. Crabill. From the judgment rendered, the former appeals. *Affirmed.*

*F. E. Bowser, B. J. Bloom* and *D. V. Whiteleather*, for appellant.

*Perry E. Ort, Walter Brubaker, Rob R. McNagny* and *Phil M. McNagny*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## AMERICAN AUTOMOBILE UNDERWRITERS v. ZEVECH.

[No. 11,789. Filed June 13, 1924.]

From Lake Superior Court; *Virgil S. Reiter*, Judge.

Action between the American Automobile Underwriters and Lubeca Zevech. From the judgment rendered, the former appeals. *Affirmed.*

*Jesse Wilson* and *Albert Roy Hulbert*, for appellant.
*Tinkham, Tinkham & Murray*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## RHAMY v. TODD.

[No. 11,856. Filed June 25, 1924.]

From Adams Circuit Court; *Alonzo L. Bales*, Special Judge.

Action between Bonnelle W. Rhamy and James Todd. From the judgment rendered, the former appeals. *Affirmed.*

*Hoffman & Hoffman* and *Clark Lutz*, for appellant.
*Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons*, for appellee.

PER CURIAM.—Judgment affirmed.